IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTONIO T. MARTIN,

    Petitioner,

v.                                                    CASE NO. 4:09-cv-00009-MP-WCS

WALTER McNEIL,

    Respondent.

_____/

**O R D E R**

        This matter is before the Court on Doc. 8, Motion for Relief from Judgment or Order, filed by Petitioner on March 3, 2009 (the date delivered to prison officials for mailing). In his motion, Petitioner requests relief from the Magistrate's Report and Recommendation, which the Magistrate entered on February 2, 2009. It appears, therefore, that Petitioner intended to file the instant motion as an objection to the Report and Recommendation. Like Petitioner's § 2254 habeas petition, however, the objection is untimely; the Court adopted the Report and Recommendation on March 4, 2009, long after the time for filing objections expired. See 28 U.S.C. § 636(b)(1). The Court will therefore construe Petitioner's motion as a motion for reconsideration of the order adopting the Report and Recommendation.

        Upon consideration of the motion, the Court finds no ground for reconsideration. Notably, Petitioner fails to address the basis of the Magistrate's recommendation that his petition be dismissed: the Court dismissed the petition because it was untimely, not because it contained unexhausted claims. Also, contrary to Petitioner's assertion, the Magistrate was not required to hold an evidentiary hearing on the untimely petition. Finding no reason to reconsider the

previous order, it is hereby

**ORDERED AND ADJUDGED:**

The Motion for Relief from Judgment or Order, Doc. 8, is DENIED.

**DONE AND ORDERED** this   *11th* day of March, 2009

 *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge